UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-294-1-F
No. 5:08-CV-154-F

| | | |
|---|---|---|
| KAMAL MAJEID WEBB,<br>Petitioner | )<br>)<br>) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) | |

Kamal Webb's most recent motion [DE-102], Motion for Reconsideration of Order on Motion for Relief from Final Judgment Pursuant to Rule 60(b)(6), claiming that the court misunderstood his argument the last time he advanced it, is DENIED.

SO ORDERED.

This, the 21st day of September, 2011.

_____
JAMES C. FOX
Senior United States District Judge